987 A.2d 717

COMMONWEALTH of Pennsylvania, Appellee

v.

Harry M. SHAFFER, Appellant.

Supreme Court of Pennsylvania.

Submitted March 26, 2009.

Decided Dec. 31, 2009.

*ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**